

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CECILE A. LENNIX

VERSUS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO:     04-1637

SECTION: "A" (4)

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date, no objection has been filed to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the ALJ's decision awarding benefits be modified such that benefits began on March 2000, and, therefore, the ALJ's decision awarding Lennix benefits is **AFFIRMED AS MODIFIED.**

New Orleans, Louisiana, this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE